IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA B. FELDMAN : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 12-4112 |
| WALTER I. HOFFMAN, M.D. : | |
| : | |
| Defendant. : | |

# ORDER

**AND NOW**, this *23rd* day of *January*, 2013, upon consideration of **(1)** Defendant's Motion to Dismiss (Docket No. 15) and Plaintiff's Response in Opposition (Docket No. 16); **(2)** Plaintiff's Motion to Amend the Second Amended Complaint (Docket No. 16) and Defendant's Response in Opposition (Docket No. 18); and **(3)** Plaintiff's Motion to Seal Exhibit B of Defendant's Motion to Dismiss (Docket No. 17) and Defendant's Response in Opposition (Docket No. 19), it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss (Docket No. 15) is **GRANTED.**

2. Plaintiff's Motion to Amend the Second Amended Complaint (Docket No. 16) is **DENIED.**

4. Plaintiff's Motion to Seal (Docket No. 18) is **DENIED.**

5. This case is now closed.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.